| | |
|---|---|
| Charles C. Weller<br>legal@cweller.com<br>CHARLES C. WELLER, APC<br>11412 Corley Court<br>San Diego, California 92126<br>Tel: 858.414.7465<br>Fax: 858.300.5137<br><br>*Attorney for Plaintiff* | William P. Cole<br>Matthew R. Orr<br>Richard Hyde<br>AMIN WASSERMAN GURNANI LLP<br>515 South Flower Street<br>18th Floor<br>Los Angeles, CA 90071<br>Tel: 213-933-2330<br>Fax: 312-884-7352<br>wcole@awglaw.com<br>morr@awglaw.com<br>rhyde@awglaw.com<br><br>*Attorneys for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SCHEIBE, *on behalf of all those similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>LIFEAID BEVERAGE LLC, *a Delaware limited liability company*,<br><br>*Defendant*. | No. 23-cv-0840-MMA-DEB<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Plaintiff Jacob Scheibe and Defendant LifeAid Beverage LLC jointly move this Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) for a dismissal of Plaintiff's claims against Defendant with prejudice as to Plaintiff's

individual claims and without prejudice as to the class claims. Defendant has reviewed and stipulates to this dismissal.

      Considering the foregoing, the Court should grant this joint motion for voluntary dismissal, with prejudice as to his individual claim and without prejudice as to the class claims.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller
Attorney for Plaintiff

/s/ *William P. Cole*
William P. Cole
Attorney for Defendant

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to William P. Cole, counsel for Defendant, and that I have obtained Mr. Cole's authorization to affix his electronic signature to this document.

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, I served the foregoing Document by causing it to be filed in the Court's CM/ECF system, which filing caused service to be made upon all counsel of record.

/s/ *Charles C. Weller*
Charles C. Weller